**CHIEF JUSTICE**
  ROGELIO VALDEZ

**JUSTICES**
  NELDA V. RODRIGUEZ
  DORI CONTRERAS GARZA
  GINA M. BENAVIDES
  GREGORY T. PERKES
  NORA L. LONGORIA

**CLERK**
  DORIAN E. RAMIREZ



# Court of Appeals
## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

December 17, 2015

Hon. George D. Gordon
Baggett, Gordon & Deison
307 N. San Jacinto Street
Conroe, TX 77301
* DELIVERED VIA E-MAIL *

Hon. Kenna M. Seiler
The Seiler Law Firm
8505 Technology Forest Place, Ste 1102
The Woodlands, TX 77381
* DELIVERED VIA E-MAIL *

Re:     Cause No. 13-14-00190-CV
Tr.Ct.No. 10-08-08476-CV
Style:    Christopher Mann and Gwenda Mann v. Rudis Robles and Claudia Flores
          Robles

        The above-referenced cause has been set for submission without oral argument on Thursday, January 07, 2016, before a panel consisting of Justice Dori Contreras Garza, Justice Gregory T. Perkes and Justice Nora Longoria.

                              Very truly yours,

                              Dorian E. Ramirez, Clerk

DER:ch